**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

| | | |
|---|---|---|
| **TONY CHRISTY and** | ) | |
| **CHRISTY CHRISTY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | Civil Action No. 1:23-cv-00176-GNS |
| | ) | |
| **LIBERTY MUTUAL INSUIRANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AMENDED CERTIFICATE OF INTERESTED PARTIES

NOW COME, through the undersigned counsel, Plaintiffs, Tony Christy and Christy Christy ("Plaintiffs"), and submit this *Certificate of Interested Parties.*

## <u>DISCLOSURE OF INTERESTED PARTIES</u>

Plaintiffs hereby certify that the following parties are financially interested in the outcome of this litigation:

1. **Plaintiffs:** Tony Christy and Christy Christy
   Tony Christy and Christy Christy are residents of the Commonwealth of Kentucky.

2. **Counsel for Plaintiffs:**
   H. Clay List
   THE HODGE LAW FIRM, PLLC
   1301 Market Street
   Galveston, Texas 77550
   Telephone: (409) 762-5000
   Facsimile: (409) 763-2300
   Email: clist@hodgefirm.com

3. **Public Adjuster for Plaintiffs**: Brandi Carroll
Brandi Carroll has a 10% interest in the outcome of the matter.

Brandi Carroll
Brandi Carroll Public Adjuster, PLLC
3507 Little Barren Road
Greensburg, KY 42743
(502) 536-8675
Claims@bcpa.claims

4. **Defendant: Liberty Mutual Insurance Company**
Defendant is a foreign insurance company licensed by the Commonwealth of Kentucky engaging in the business of insurance in the Commonwealth of Kentucky.

5. **Counsels for Defendant:**
Douglas W. Langdon
dlangdon@fbtlaw.com
Christopher G. Johnson
cjohnson@fbtlaw.com
Laura M. Haara
lhaara@fbtlaw.com
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Phone: (502) 589-5400
Fax: (502) 581-1087

In accordance with the order of this Court, if additional persons of entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel will promptly file an amended certificate with the clerk.

*[SIGNATURE BLOCK ON FOLLOWING PAGE]*

Respectfully Submitted,


By: */s/ H. Clay List*
        H. Clay List
        Texas Bar No. 24133666
        Kentucky Bar No. 94080
        clist@hodgefirm.com
        The Hodge Law Firm, PLLC
        The Historic Runge House
        1301 Market Street
        Galveston, Texas 77550
        Telephone: (409) 762-5000
        Facsimile: (409) 763-2300

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in compliance with Federal Rules of Civil Procedure on February 21, 2024, to:

Douglas W. Langdon
dlangdon@fbtlaw.com
Christopher G. Johnson
cjohnson@fbtlaw.com
Laura M. Haara
lhaara@fbtlaw.com
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

ATTORNEYS FOR DEFENDANT


By:  /s/ H. Clay List
        H. Clay List